No. 91–1939. MILES ET UX. *v.* MADIGAN, SECRETARY OF AGRI-CULTURE, ET AL. C. A. 9th Cir. Certiorari denied.

No. 91–1940. GREENING *v.* MORAN, INDIVIDUALLY AND AS FORMER CHIEF JUSTICE OF THE SUPREME COURT OF ILLINOIS, ET AL.; and

No. 91–1941. MALANY *v.* MORAN, INDIVIDUALLY AND AS FOR-MER CHIEF JUSTICE OF THE SUPREME COURT OF ILLINOIS, ET AL. C. A. 7th Cir. Certiorari denied. Reported below: 953 F. 2d 301.

No. 91–1942. HOZELOCK, LTD. *v.* COX. Ct. App. N. C. Certio-rari denied.

No. 91–1943. BRUNNER & LAY, INC., ET AL. *v.* PLEDGER, DI-RECTOR, DEPARTMENT OF FINANCE AND ADMINISTRATION OF AR-KANSAS, ET AL. Sup. Ct. Ark. Certiorari denied.

No. 91–1945. TRIANGLE INDUSTRIES, INC., DBA ANC HOLD-INGS, INC., ET AL. *v.* LIBERTY MUTUAL INSURANCE CO. ET AL. C. A. 4th Cir. Certiorari denied.

No. 91–1947. FIRTION *v.* HEBERT ET AL. C. A. 2d Cir. Cer-tiorari denied.

No. 91–1949. LESLIE *v.* DARMIENTO ET AL. Ct. App. Cal., 4th App. Dist. Certiorari denied.

No. 91–1951. BASSLER, TEMPORARY ADMINISTRATOR OF ES-TATE OF BENAVIDES, DECEASED, ET AL. *v.* COUNTY OF WILSON ET AL. C. A. 5th Cir. Certiorari denied.

No. 91–1952. ZENNI *v.* KIRSNER ET AL. Dist. Ct. App. Fla., 4th Dist. Certiorari denied.

No. 91–1953. MARKET/MEDIA RESEARCH, INC. *v.* UNION TRIB-UNE PUBLISHING CO. ET AL. C. A. 6th Cir. Certiorari denied.

No. 91–1954. REILLY *v.* CALLAN ET AL. C. A. 3d Cir. Cer-tiorari denied.